IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **EDUARDO HENRIQUE MEDEIROS PINTO DE VASCONCELOS,** § § § | |
| Petitioner, § | |
| § | CIVIL ACTION NO. 4:10-CV-00628 |
| VS. § | |
| § | |
| **MICHELLY DE PAULA BATISTA,** § § | |
| Respondent. § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 1, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Petition for Return of Child should be DENIED and that, pursuant to 42 U.S.C. § 11607, Petitioner should be required to bear the costs incurred by the court in hearing the action.

The court has made a *de novo* review of the objections raised by Petitioner and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, the Petition for Return of Child is DENIED, and, within 10 days of the entry of final judgment herein, Petitioner shall reimburse the court for the costs of the court-appointed interpreter in the amount of $388.00 and the court-appointed guardian ad litem in the amount of $1,176.27.

**IT IS SO ORDERED.**

**SIGNED this the 29th day of September, 2011.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE